| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar Nos., & Email Address<br><br>**Anthony O. Egbase**<br>**The World Trade Center**<br>**350 S. Figueroa Street, Suite 189**<br>**Los Angeles, CA 90071**<br>**213-620-7070 Fax: 213-620-1200**<br>California State Bar Number: **181721**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 18 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>**Paula Rae Oliver**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:15-bk-18116-VZ**<br><br>CHAPTER: **11** |
|---|---|
| | **ORDER RE: NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012]** |
| | ☐ No Hearing<br><br>☒ Hearing Information<br><br>DATE: August 11, 2015<br>TIME: 11:00 am<br>COURTROOM: 1368<br>PLACE: 255 E. Temple St., Los Angeles CA 90012 |

**Affected Collateral:** 1 Rockinghorse Road, Rancho Palos Verdes, CA 90275

The court has considered the NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. § 506(a), FRBP 3012], docket number __32__ (Motion).

1. The Motion was: ☐ Opposed  ☒ Unopposed  ☐ Settled by stipulation

2. Appearances are stated on the record (if hearing was held).

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                                      F 3012-
**1.ORDER.VALUATION**

3.  Based upon the Motion and evidence offered in support thereof, and upon the findings and conclusions made at the hearing (if a hearing was held), IT IS ORDERED THAT:

    a. ☐ The Motion is denied.

    b. ☒ The Motion is granted and IT IS FURTHER ORDERED THAT:

    (1) As of *(applicable date)* __5/22/2015__, the value of the Collateral is $ __845,000.00__ .

    (2) The liens encumbering the Collateral are determined to be secured and unsecured as follows:

    | Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
    |---|---|---|
    | 1st Lien   Deutsche Bank National Trust Co. | $ 845,000.00 | $ 855,482.00 |
    | 2nd Lien   Bosco Credit II Trust Series 2010-1 | $ 0 | $ 415,527.00 |
    | 3rd Lien | $ | $ |

    ###

Date: August 18, 2015

*/s/ Vincent P. Zurzolo*
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                                 Page 2                                                F 3012-1.ORDER.VALUATION