SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER (SBN 285320)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3544
    Facsimile: (213) 894-0115
    E-mail: jolene.tanner@usdoj.gov

Attorneys for United States of America

**FILED & ENTERED**

**DEC 13 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

PAULA RAE OLIVER,

Debtor.

Case No. 2:15-bk-18116-VZ

Chapter 11

ORDER CONDITIONALLY DISMISSING CHAPTER 11 CASE

Hearing on Court's Order to Show Cause:
Date: November 30, 2017
Time: 9:30 a.m.
Place: Ctrm 1368

At the above captioned date and time, the Court held a continued hearing on its Order to Show Cause why the case should not be dismissed (Docket No. 144). Appearances are as noted on the record. For the reasons stated on the record, and good cause appearing,

IT IS ORDERED THAT on or before March 30, 2018, the Debtor must (1) obtain an order modifying her chapter 11 plan to provide for the sale of the Debtor's real property located at 4209 Scott St., Torrance, CA 90503 (the "Property") and payment of the IRS pre-petition claim per its proof of claim, and (2) consummate a sale of the Property-escrow must be funded.

///

///

1  If the above conditions are not satisfied on or before March 30, 2018,

2  IT IS ORDERED THAT the chapter 11 case be dismissed.

###

Date: December 13, 2017

_____
Vincent P. Zurzolo
United States Bankruptcy Judge