Anthony O. Egbase, Esq. (SBN 181721)
Crystle Lindsey, Esq. (SBN 281944)
**A.O.E LAW & ASSOCIATES | A Professional Law Corporation**
350 South Figueroa Street, Suite 189
Los Angeles, California 90071
Tel: (213) 620-7070; Fax: (213) 620-1200
Email: info@aoelaw.com

Attorneys for Debtor and Debtor-In-Possession
Paula Rae Oliver

**FILED & ENTERED**

**APR 23 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**PAULA RAE OLIVER** ,<br><br>Debtor. | Case No.:  2:15-BK-18116-VZ<br><br>Chapter 13<br><br>**ORDER GRANTING DEBTOR'S MOTION TO:**<br>    **(1) AMEND A CONDITIONAL DISMISSAL ORDER; and**<br>    **(2) EXTEND TO THE COURT'S DEADLINE OF MARCH 30, 2018 FOR DEBTOR TO AMEND AND CONFIRM HER AMENDED 11 PLAN OF REORGANIZATION**<br><br>[No hearing required unless requested pursuant to Local Bankruptcy Rules 9013-1(o)] |

On March 26, 2018, the debtor and debtor-In-Possession in the above-captioned case, Paula Rae Oliver ("Debtor"), filed a motion for an order extending the Court's deadline of March 30, 2018 for Debtor to Amend and Confirm her Amend 11 Plan of Reorganization.("Motion") (Docket No. 201 and 202).

The Motion therefore seeks to amend the "Order Conditionally Dismissing Chapter 11 Case" which was entered on December 13, 2017 ("Dismissal Order") as docket entry #172.

1

1     Having reviewed the Motion and supporting documents, and finding that no party filed an opposition and request for hearing, and good cause appearing, **IT IS ORDERED THAT** the Motion is GRANTED and the Dismissal Order is amended to change the deadline from March 30, 2018 to August 31, 2018 for the Post-Confirmation Debtor to obtain an order granting a motion to amend chapter 11 plan.

###

Date: April 23, 2018

_____
Vincent P. Zurzolo
United States Bankruptcy Judge