Anthony O. Egbase (SBN 181721)
**A.O.E. LAW & ASSOCIATES, A.P.C.**
350 South Figueroa Street, Suite 189
Los Angeles, California 90071
Ph: (213) 620-7070; Fax: (213) 620-1200
Email: info@aoelaw.com
Attorneys for the Debtor and Debtor-in-possession

**FILED & ENTERED**

AUG 20 2018

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | Case No. 2:15-bk-18116-VZ |
| **PAULA RAE OLIVER,** | Chapter 11 |
| Debtor and Debtor-in-possession. | **ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL ESTATE PROPERTY (1 ROCKINGHORSE ROAD, RANCHO PALOS VERDES, CA 90275) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; AND GRANTING CERTAIN RELATED RELIEF** |
| | HEARING |
| | DATE:   August 7, 2018 |
| | TIME:   11:00 a.m. |
| | PLACE:  255 E. Temple St., Crtrm. 1368 |
| | Los Angeles, CA 9012 |

  The Motion for Order Approving: (1) Sale of Interests In Real Property Located At 1 Rockinghorse Road, Rancho Palos Verdes, CA 90275 (the "Property") Free And Clear of All Liens, Claims And Encumbrances; (2) Payment Of Closing Costs Including Brokerage Commissions And Attorneys' Fees; And (3) Disbursement of Funds To Secured Creditors In Full Satisfaction of All Claims (the "Motion," Docket No. 220 ) filed on July 16, 2018 by Debtor and Debtor-in-possession, Paula Rae Oliver (the "Debtor") came on for hearing on August 7, 2018, at 11:00 a.m., the Honorable Vincent P. Zurzolo presiding.  Appearances are noted on the record.

  The Court has considered the Motion and its supporting evidence, the notice of Motion, all other pleadings and papers filed in this case and the oral arguments of counsel on the record at the hearing. The Court finds that the Debtor has exercised sound and proper business judgment in determining to sell the Property to Freetown Holdings Company (the "Buyer") for a purchase price of $1,200,000.00.  The sale shall be pursuant to the California Residential Purchase Agreement and the Palm West Escrow Escrow Statement ('PSA") in substantially the form as attached to the Motion as Exhibit "A" and Exhibit "B. The Debtor and Buyer have exercised good faith within the meaning of 11 U.S.C. § 363(m) in connection with the negotiation, execution, delivery, and consummation of the sale of the Property. For these reasons and for the reasons set forth in the Motion and on the record, the Court rules as follows:

  IT IS HEREBY ORDERED that:

1. The Motion is **granted** in its entirety;
2. The PSA is approved;

3. The Debtor is authorized to enter into the PSA and sign all documents necessary to consummate the sale and close escrow, including but not limited to the grant deed and escrow instructions;

4. The Debtor is authorized to convey, outside the ordinary course of business, fee title to the real property of the Estate commonly known as 1 Rockinghorse Road, Rancho Palos Verdes, CA 90275, and is legally described as: MAP 14538, in the city of Rancho Palos Verdes, County of Los Angeles, State of Californa, as per map recorded in Book 154 Page 83 to 84 of Parcel Maps, in the office of the County Recorder of said county.

5. The sale of the Property shall be "as-is" and "where-is" with all faults and without warranty, representation, or recourse whatsoever;

6. Freetown Holdings Company is the approved Buyer of the Property and is entitled to the protections set forth in 11 U.S.C §363(m) as good faith purchaser;

7. The sale price is $1,200,000.00;

8. The loan secured by a first lien on the Property will be paid in full as of the date of the closing of the sale, and the sale will be conducted through an escrow and based on a non-expired contractual payoff statement received directly from Deutsche Bank National Trust Company as Trustee for HIS Asset Loan Obligation Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1. As of July 16, the Ocwen Loan Servicing Payoff amount is currently $900,000.00;

9. In regards to the second lien recorded on the Property held by lienholder, Bosco Credit Trust II, per the Court's Order Determining Value of the Property, signed

by the Court on August 18, 2015, the second lien is wholly unsecured and shall receive zero from Escrow;

10. The Los Angeles County Tax Collector (the "LAC") liens on the Property for the tax years 2017, 2018, will be paid in full as of the date of the closing of the sale, and the sale will be conducted through an escrow and based on a non-expired payoff statement received directly from the Los Angeles County Tax Collector. As of July 16, 2018, the Los Angeles County Property Tax Liens Payoff amount is $34, 839.67. Interest and penalties continue to accrue until the liens are paid in full;

11. Escrow is authorized to pay Buyer's brokers' commission, seller's share of customary closing costs, and administrative costs from Escrow;

12. Escrow is directed to pay any net proceeds, if any, currently estimated to be approximately $32,215.18, to A.O.E. Law & Assocaites, to pay toward the balance of $27,215.18 for attorney's fees and costs owed A.O.E. Law & Associates for its First Interim Fee Application, for the application period of January 12, 2016 through January 12, 2018, granted by the Court on March 19, 2018 (ECF Docket No. 196);

13. The Buyer shall receive title to the Property free and clear of all other liens, claims and interests pursuant to 11 U.S.C. § 363(f);

14. Should the Buyer not timely complete the purchase of the Property, the Debtor is authorized to cancel the sale pursuant to California law and the terms of the PSA. If the sale is canceled, the Debtor is authorized to retain the Buyer's deposit; and

15. This Court retains jurisdiction: (a) to interpret, enforce, and implement the terms and provisions of this order; and (b) to resolve any disputes arising under or related to this order.

###

Date: August 20, 2018

Vincent P. Zurzolo
United States Bankruptcy Judge